

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles E. Moses, Jr. | Civil Action No. 12-cv-01003-MMA-JMA |
| **Plaintiff,** | |
| V. | |
| Kathleen Dickerson and Kamala Harris | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Adopts the Report and Recommendation in its entirety and Dismisses Petitioner's Petition for Writ of Habeas Corpus with prejudice. The Court Declines to issue a Certificate of Appealability. The Clerk of Court shall terminate this case and enter judgment in favor of Respondent.

| | |
|---|---|
| Date:     5/21/14 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/  V. Mosqueda<br>V. Mosqueda, Deputy |