# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CHARLES E. MOSES, JR., | CASE NO. 12cv1003-MMA (JMA) |
|---|---|
| Petitioner, | **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |
| vs. | |
| DR. JEFFREY BEARD, Secretary, | [Doc. No. 40] |
| Respondent. | |

On June 12, 2014, Petitioner Charles E. Moses, Jr., a state prisoner proceeding *pro se*, filed a notice of appeal of the Court's denial of his petition for writ of habeas corpus, accompanied by a motion for certificate of appealability. [Doc. Nos. 39, 40.] In the Court's previous order denying Petitioner's writ of habeas corpus, the Court considered whether to issue a certificate of appealability, and declined to do so. [Doc. No. 37.] Thus, Petitioner's motion for certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 16, 2014

Hon. Michael M. Anello
United States District Judge